IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

LONNIE REED                                                                 PETITIONER

v.                             No. 4:22-cv-816-DPM

DEXTER PAYNE, Director,
Arkansas Division of Correction                                   RESPONDENT

JUDGMENT

Reed's amended petition is dismissed with prejudice.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

21 September 2023