UNITED STATES COURT OF APPEALS
FOR THE EIGHTH CIRCUIT

_____

No: 23-3252

_____

Lonnie Reed

Plaintiff - Appellant

v.

Dexter Payne, Director, Arkansas Divsion of Correction

Defendant - Appellee

Appeal from U.S. District Court for the Eastern District of Arkansas - Central
(4:22-cv-00816-DPM)

**JUDGMENT**

Before BENTON, ERICKSON, and GRASZ, Circuit Judges.

This appeal comes before the court on appellant's application for a certificate of appealability. The court has carefully reviewed the original file of the district court, and the application for a certificate of appealability is denied.  The appeal is dismissed.

November 09, 2023

Order Entered at the Direction of the Court:
Clerk, U.S. Court of Appeals, Eighth Circuit.
_____
         /s/ Michael E. Gans

# United States Court of Appeals
*For The Eighth Circuit*

Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
**St. Louis, Missouri 63102**

**Michael E. Gans**
*Clerk of Court*

VOICE (314) 244-2400
FAX (314) 244-2780
www.ca8.uscourts.gov

November 09, 2023

Craig Lambert
Craig Lambert, Attorney
P.O. Box 839
Heber Springs, AR  72543

RE:  23-3252  Lonnie Reed v. Dexter Payne

Dear Counsel:

Enclosed is a copy of the dispositive order in the referenced appeal. Please note that FRAP 40 of the Federal Rules of Appellate Procedure requires any petition for rehearing to be filed within 14 days after entry of judgment. Counsel-filed petitions must be filed electronically in CM/ECF. Paper copies are not required. This court strictly enforces the 14-day period. Except as provided by Rule 25(a)(2)(iii) of the Federal Rules of Appellate Procedure, **no grace period for mailing is granted** for pro-se-filed petitions. A petition for rehearing or a motion for an extension of time must be filed with the Clerk's office within the 14-day period.

Michael E. Gans
Clerk of Court

HAG

Enclosure(s)

cc: Clerk, U.S. District Court, Eastern District of Arkansas
    David L. Eanes Jr.

   District Court/Agency Case Number(s):   4:22-cv-00816-DPM

# John Hibbs

| | |
|---|---|
| **From:** | ca08ml_cmecf_Notify@ca8.uscourts.gov |
| **Sent:** | Thursday, November 9, 2023 3:49 PM |
| **Subject:** | 23-3252 Lonnie Reed v. Dexter Payne "judgment filed sua sponte coa denied" (4:22-cv-00816-DPM) |

***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing.

### Eighth Circuit Court of Appeals

**Notice of Docket Activity**

The following transaction was filed on 11/09/2023

**Case Name:** Lonnie Reed v. Dexter Payne
**Case Number:** 23-3252
**Document(s):** Document(s)

**Docket Text:**
JUDGMENT FILED - Application for Certificate of Appealability is denied. DUANE BENTON, RALPH R. ERICKSON and L. STEVEN GRASZ Adp Nov 2023 [5334657] [23-3252] (Hillary Grupe)

**Notice will be electronically mailed to:**

Ms. Clerk, U.S. District Court, Eastern District of Arkansas, Clerk of Court: ared_appeals@ared.uscourts.gov
Mr. David L. Eanes, Jr.: david.eanes@arkansasag.gov, theresa.griffin@arkansasag.gov, ericha.clark@arkansasag.gov
Mr. Craig Lambert: wclambert@aol.com

The following document(s) are associated with this transaction:
**Document Description:** Cover Letter
**Original Filename:** /opt/ACECF/live/forms/HillaryGrupe_233252_5334657_GeneralCoverLetters_122.pdf
**Electronic Document Stamp:**
[STAMP acecfStamp_ID=1105112566 [Date=11/09/2023] [FileNumber=5334657-0]
[54fd6f67369f227f5f58e740a5b69b90746f6a957110cec1b4c13c878281771100646a0b6fe69e048b910f1bc1fffb85d373a2ea9cdbb56b4e349a1ae735c958]]
**Recipients:**

- Ms. Clerk, U.S. District Court, Eastern District of Arkansas, Clerk of Court
- Mr. David L. Eanes, Jr.
- Mr. Craig Lambert

**Document Description:** Judgment: Judge Directed
**Original Filename:** /opt/ACECF/live/forms/HillaryGrupe_233252_5334657_JudgmentsJudgeDirected_127.pdf

**Electronic Document Stamp:**
[STAMP acecfStamp_ID=1105112566 [Date=11/09/2023] [FileNumber=5334657-1]
[b1412d320c44135666981b2acdb8a5cc99be569a05e6499448ae7d3985d7640e5cc04b931b7cd38f4b44331c709e5444e
30081bae994b9a2f75ced94f9f8b726]]

**Recipients:**

- Ms. Clerk, U.S. District Court, Eastern District of Arkansas, Clerk of Court
- Mr. David L. Eanes, Jr.
- Mr. Craig Lambert

The following information is for the use of court personnel:

**DOCKET ENTRY ID:** 5334657
**RELIEF(S) DOCKETED:**
  coa denied
**DOCKET PART(S) ADDED:** 7396685, 7396686, 7396687